DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PANAGIOTI TSOLKAS,**
Appellant,

v.

**SOUTH FLORIDA WATER MANAGEMENT DISTRICT** and **LAKE POINT PHASE I, LLC** and **LAKE POINT PHASE II, LLC,**
Appellees.

No. 4D21-31

[December 8, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2019-CA-003191-XXXX-MB.

Joseph P. Kenny and Jeremy D. Bailie of Weber, Crabb & Wein, P.A., St. Petersburg; and Marcy I. LaHart of Marcy I. LaHart, P.A., Micanopy, for appellant.

James W. Sherman, West Palm Beach, for appellee South Florida Management District.

Jon P. Tasso and Ethan J. Loeb of Smolker, Bartlett, Loeb, Hinds & Thompson, P.A., Tampa, for appellees Lake Point Phase I, LLC and Lake Point Phase II, LLC.

Kansas R. Gooden of Boyd & Jenerette, PA, Miami; and Elaine D. Walter of Boyd Richards Parker & Colonnelli, P.L., Miami, for Amicus Curiae Florida Defense Lawyers Association.

Bryan Gowdy of Creed & Gowdy, P.A., Jacksonville, for Amicus Curiae Florida Justice Association.

PER CURIAM.

*Affirmed. See Everglades Law Ctr., Inc. v. S. Fla. Water Mgmt. Dist.*, 290 So. 3d 123 (Fla. 4th DCA 2019), and *Paranzino v. Barnett Bank of S. Fla., N.A.*, 690 So. 2d 725 (Fla. 4th DCA 1997).

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\*   \*   \*

***Not final until disposition of timely filed motion for rehearing.***